UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAYER TO BE NAMED LATER, LLC and SMOKEY JOE'S CAFÉ BROADWAY REVIVAL LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC. and UBS AG BANK,<br><br>                Defendants. | Civil Case No.: 20-CV-3877-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Player to be Named Later, LLC and Smokey Joe's Café Broadway Revival LLC, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed against the defendants UBS Financial Services, Inc. and UBS AG Bank. This voluntary dismissal is made in response to the Court's Order of May 20, 2020, Docket No. 8, given that the matter does not meet the requirement of 28 U.S.C. § 1332 for complete diversity of citizenship, as recited by that Order.

DATED: May 26, 2020

                                      Respectfully submitted,

                                      THE LAW OFFICE OF KEVIN GALBRAITH

                                      By: _____
                                      Kevin D. Galbraith, Esq. (KG-7512)
                                      236 West 30th Street, 5th Floor
                                      New York, NY 10001
                                      Tel: (212) 203-1249
                                      E-mail: kevin@kevingalbraithlaw.com

                                      *Counsel for Plaintiffs*

Copy: Counsel for Defendants
(by email)